## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Charles Perry<br>Case No. 1:15-cv-08389<br><br>v.<br><br>AbbVie Inc., et al. | |

### SHORT FORM ANSWER OF:

☒ **ACTAVIS LABORATORIES UT, INC., f/k/a WATSON LABORATORIES, INC., A DELAWARE CORPORATION**

☒ **ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.**

☒ **WATSON LABORATORIES, INC. A NEVADA CORPORATION**

☒ **ACTAVIS, INC., f/k/a WATSON PHARMACEUTICALS, INC.**

☒ **ANDA, INC.**

Pursuant to Case Management Order 20, the above identified Defendants (collectively "Defendants") hereby adopt and incorporate all of the responses and defenses set forth in their Answer to the Master Long Form Complaint, dated May 1, 2015. Defendants deny any and all remaining allegations. Defendants demand a trial by jury in this matter.

Date:  November 9, 2015    Respectfully submitted,

/s/ *Joseph P. Thomas*
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email:  jthomas@ulmer.com
Email:  jpeck@ulmer.com
Email:  kcgreen@ulmer.com
Email:  jgeoppinger@ulmer.com

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 9, 2015, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

           /s/ *Joseph P. Thomas*